TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

 JUDGMENT RENDERED December 6, 2022

 NO. 03-21-00027-CV

 Oncor Electric Delivery Company NTU LLC, Appellant

 v.

 Mills Central Appraisal District and Mills County Appraisal Review Board,
 Appellees

 APPEAL FROM THE 35TH DISTRICT COURT OF MILLS COUNTY
 BEFORE Justices Baker, Smith, and Jones
 REVERSED AND REMANDED -- OPINION BY Justice Jones

This is an appeal from the judgmentjudgment signed by the trial court on
December 17, 2020. Having reviewed the record and the parties’ arguments,
the Court holds that there was reversible error in the court’s judgment.
Therefore, the Court reverses the trial court’s judgment and remands the
case to the trial court for further proceedings consistent with the Court’s
opinion. nThe appellees shall pay all costs relating to this appeal, both
in this Court and in the court below.